MARGARET A. WILLIS *v.* JOHN W. SEWELL ET AL.

**Fraud—Suit for Relief—Allegation and Prayer.**

Where the allegations show fraud and a right to the cancellation of an entire contract, and a restoration of the appellants land, the prayer for a re-conveyance of title and also for general relief authorizes any decree which the facts show to be equitable.

APPEAL FROM TRIMBLE CIRCUIT COURT.

June 23, 1868.

OPINION OF THE COURT BY JUDGE ROBERTSON:

A more elaborate and heartless fraud has rarely, if ever, been exposed in a court of justice than that which the appellees perpetuated on the appellant in this case. On every feature of the contract shameless fraud by *Sewell* and his wife, and *Timberlake,* all co-operating, is palpably and indelibly imprinted. It is too glaring to require or justify in this opinion argument to prove it. And every element of the contract being equally tainted, the appellant is clearly entitled to exoneration and cancellation as to the whole of it, and a reconveyance of her land.

We must presume that her petition for relief was dismissed only because the circuit court thought that her prayer was not sufficiently comprehensive or specific. But we think otherwise. The allegations show fraud and a right to the cancellation of the entire contract, and a restoration of the appellant's land in Trimble. And thereupon the prayer for *a reconveyance of her title and*

*also for general reief authorize* any decree which the facts show to be equitable.

Timberlake was an efficient coadjutor in the fraud; and is consequently entitled to no compensation for his fraudulent services.

Wherefore, the judgment is reversed, and the cause remanded for a decree rescinding the entire contract and placing the parties, as nearly as possible, in *statu quo*.

*Scott, Carlisle & O'Hara, for appellant.*

*Winslow, for appellees.*